# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | |
|---|---|
| **THE ESTATE OF GREGORY COLEMAN, JR.**, through its Administrator Glenay Coleman, as Assignee of I Love High, LLC (d/b/a Short North Julep), Fadi Michael, and Anne Michael, <br> c/o Cooper Elliott <br> 305 West Nationwide Boulevard <br> Columbus, Ohio 43212 <br><br>                 Plaintiff, <br><br> v. <br><br> **PELINI, CAMPBELL & RICARD, LLC,** <br> 8040 Cleveland Avenue NW 400 <br> North Canton, Ohio 44720 <br><br> and <br><br> **CRAIG G. PELINI, ESQ,** <br> 8040 Cleveland Avenue NW 400 <br> North Canton, Ohio 44720 <br><br> and <br><br> **ILLINOIS CASUALTY COMPANY,** <br> 225 20th Street <br> Rock Island, Illinois 61204 <br><br>                 Defendants. | Civil Action No: <br><br> Judge: <br><br> **PETITION OF REMOVAL** |

PLEASE TAKE NOTICE on this date, Defendant ILLINOIS CASUALTY COMPANY, by and through the undersigned counsel has filed this Petition of Removal pursuant to 28 U.S.C. 1441 and 28 U.S.C. 1446 in the office of the clerk of the United States District Court for the Southern District of Ohio, Eastern Division.  Said defendant states as follows:

## I. Nature of Removed Action

1. Illinois Casualty Company ("ICC") has been named as a Defendant in the action styled *The Estate of Gregory Colemen, Jr., through its Administrator Glenay Coleman, as Assignee of I Love High, LLC (d/b/a Short North Julep), Fadi Michael, and Anne Michael, v. Pelini Campbell & Ricard, LLC, et al.,* Case No. 25 CV 009572, commenced in the Court of Common Pleas, Franklin County, State of Ohio, on or about November 5, 2025 through the filing of a Complaint.

2. In accordance with 28 U.S.C. 1446(a), a copy of the docket sheet, and a copy of all process, pleadings, and orders filed in the state court action are attached hereto as Exhibit A.

## II. Timeliness of Removal

3. This civil action was filed on November 5, 2025 by The Estate of Gregory Colemen, Jr., through its Administrator Glenay Coleman, as Assignee of I Love High, LLC (d/b/a Short North Julep), Fadi Michael, and Anne Michael ("Plaintiff"). Counsel for ICC was notified of the filing of the Complaint via email on November 5, 2025. Service of the Complaint has not yet been perfected on ICC. In accordance with the requirements of 28 U.S.C. 1446(b), this Notice of Removal is timely filed thirty days after receipt of the Complaint by the defendant "through service or otherwise."

## III. Propriety of Venue

4. Venue is proper in this district and division under 28 U.S.C. 1441(a), because the state court where the suit is pending is located in this district and this division.

### IV. Basis of Removal

5. Removal in this case is proper pursuant to 28 U.S.C. 1441(a), which provides that "any civil action brought in a state court of which the district courts of the United States have original jurisdiction, may be removed by the defendant, to the district court of the United States for the district and division embracing the place where such action is pending."

6. Subject matter jurisdiction is conferred upon this Court by 28 U.S.C. 1332, which provides that district courts have original jurisdiction in actions where the amount in controversy exceeds $75,000 and the action is between citizens of different states. The Complaint seeks damages based on the July 24, 2025 jury verdict which included "$6,500,000 in survivorship damages and $20,500,000 in wrongful death damages," and bad faith damages. See Complaint, ¶27, ¶59. Plaintiff has also claimed costs, fees, and interest, and punitive damages incurred in the action.

### A. Diversity of Citizenship

7. As stated in the Complaint, Plaintiff, in their individual capacity and assignee capacity, is located at 205 West Nationwide Boulevard, Columbus, Ohio 43215.

8. ICC is an Illinois corporation with a principal of business at 225 20th Street, Rock Island, Illinois, 61201.

9. A corporation is deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State of foreign state where it has its principal place of business. 28 U.S.C. 1332(c)(1). Therefore, ICC is <u>not</u> considered a citizen of Ohio for the purposes of diversity jurisdiction under 28 U.S.C. 1332(a).

### B. Amount in Controversy

10. The matter in controversy exceeds the sum or value of $75,000.00, exclusive of interests and costs. Plaintiff claims damages related to a July 24, 2025 jury verdict which included "$6,500,000 in survivorship damages and $20,500,000 in wrongful death damages," and bad faith damages. See Complaint, ¶27, ¶59.

### C.  Not A Real Party In Interest / Fraudulent Joinder of Defendant Pelini, Campbell & Ricard, LLC and Defendant Craig G. Pelini, Esq.

11. The Complaint names Defendant Pelini, Campbell & Ricard, LLC ("Pelini Law") and Defendant Craig G. Pelini ("Pelini") as defendants in the lawsuit. Pelini Law is a corporate entity registered in Ohio with a principal place of business in Ohio.

12. Pelini is a citizen of Ohio.

13. The Complaint states a "legal malpractice" claim against Pelini Law and Pelini.

14. The Complaint states "[t]his is an action for legal malpractice and respondeat superior against [Pelini Law] and [Pelini] arising from an attorney-client relationship it held with I Love High, LLC (dba Short North Julep), its owner Fadi Michael, and Mr. Michael's spouse, Anne Micheal." *Complaint, ¶1*. The respondeat superior aspect of this claim is based upon Pelini Law's relationship with Pelini and is premised upon the legal malpractice claim. The Complaint alleges that Pelini Law and Pelini breached their "professional duty [and] have directly and proximately damaged I Love High, Fadi Michael, and Anne Michael in an amount in excess of $25,000." *Complaint, ¶52*.

15. However, a legal malpractice claim cannot:  (a) be assigned (*Sparagowski v. Williams*, 1980 WL 150172, *1 (6th Dist. July 25, 1980); 6A C.J.S. Assignments § 51); and (b) be

made independently against a law firm (*Nat'l Union Fire Ins. Co. of Pittsburgh, PA v. Wuerth*, 122 Ohio St.3d 594, 2009-Ohio-3601, at paragraphs one and two of the syllabus).

16. Therefore, ICC is the only party against which a potentially valid claim is stated

17. The Complaint's assertion of a legally invalid legal malpractice claim against Pelini Law and Pelini is included for the sole reason to destroy diversity.

18. Further, Plaintiff Pelini Law and Pelini were fraudulently joined in this action to defeat removal, and its citizenship should be disregarded in ascertaining the citizenship of the parties for purposes of diversity under 28 U.S.C. 1332(a).

    a. The "primary purpose of fraudulent joinder is to ensure that plaintiffs do not avoid diversity jurisdiction by pleading illegitimate claims involving non-diverse parties," [and] this purpose is "fulfilled both where the plaintiff improperly sues non-diverse defendants against whom it has no viable claim and where the plaintiff joins additional non-diverse plaintiffs who have no viable claims." *Murray Energy Holdings Co. v. Bloomberg, L.P.*, S.D.Ohio No. 2:15-CV-2845, 2016 WL 3355456, *3 (citing *Taco Bell Corp. v. Dairy Farmers of America, Inc.*, 727 F.Supp.2d 604, 607).

## V. Statement of Consent to Removal

19. Pursuant to 28 U.S.C. 1446(b)(2)(A), ICC is the only defendant properly joined in this action.

## VI. Other Removal Issues.

20. A Notice of Filing of Notice of Removal will be filed this day with the Court of Common Pleas, Franklin County, Ohio, and served all parties.

21. Defendant hereby removes this action from the Court of Common Pleas, Franklin County, State of Ohio to the United States District Court for the Southern District of Ohio, Eastern Division.

Respectfully submitted,

*/s/ Richard M. Garner*

RICHARD M. GARNER    (0061734)
rgarner@cruglaw.com
SUNNY L. HORACEK    (0089178)
shoracek@cruglaw.com
COLLINS, ROCHE, UTLEY & GARNER, LLC
655 Metro Place South, Suite 200
Dublin, Ohio 43017
(614) 901-9600 / Fax: (614) 901-2723
*Counsel for Defendant Illinois Casualty Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of November, 2025, a copy of the foregoing was served upon the following counsel of record via electronic mail.

Rex H. Elliott    (0054054)
Email: rexe@cooperelliott.com
Abigail F. Chin    (0097928)
abbc@cooperelliott.com
Brian J. Laliberte    (0071125)
brianl@cooperelliott.com
**COOPER ELLIOTT**
305 West Nationwide Blvd.
Columbus, OH  43215

-and-

Edward W. Hastie III   (0079438)
Email: ed@hastielegal.com

Pelini, Campbell & Ricard, LLC
Email: cgp@pelini-law.com
8040 Cleveland Ave. NW 400
North Canton, OH  44720
*Defendant*

**HASTIE LAW OFFICE, LLC**
1258 Grandview Ave., Ste. B
Columbus, OH  43212
*Counsel for Plaintiff*
Craig G. Pelini
Email: cgp@pelini-law.com
8040 Cleveland Ave. NW 400
North Canton, OH  44720
*Defendant*

                          RICHARD M. GARNER       (0061734)
                          rgarner@cruglaw.com
                          SUNNY L. HORACEK        (0089178))
                          sross@cruglaw.com
                          *Counsel for Defendant Illinois Casualty Company*

## **INDEX OF PAPERS SERVED OR FILED IN STATE COURT**

Pursuant to 28 U.S.C. §1446(a), the following constitutes all papers filed or served in Court of Common Pleas, Franklin County, State of Ohio, up to the date of filing of this Notice of Removal.  A copy of each document identified below is attached hereto as an exhibit, in chronological order (oldest to newest) and separately bookmarked.

**EXHIBIT A:** Franklin County Docket Report
Complaint
Request for Service
Summons
Second Request for Service